# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FALCON INSURANCE COMPANY, LLC., an Illinois Limited Liability Corporation, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANITA TIDWELL, as the Personal Representative of the Estate of GARY TIDWELL, MACY DRAKE, Individually; TIFFANY CHAMBRAY, Individually; JOHN GOERING, Individually; and, EAN HOLDINGS, LLC d/b/a ENTERPRISE RENT-A-CAR, a foreign liability company, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. | Case No.: CIV-21-56-D |

## JUDGMENT

In accordance with the Orders dated April 5, 2022 [Doc. No. 54] and June 8, 2022 [Doc. No. 58], the Court enters judgment in favor of Tiffany Chambray and John Goering and against Falcon Insurance Company, LLC. Judgment is also entered as to the claims against Macy Drake and Anita Tidwell, as the Personal Representative of the Estate of Gary Tidwell. Default Judgment is entered against EAN Holdings, LLC and in favor of Plaintiff Falcon Insurance Company, LLC.

ENTERED this 8th day of June, 2022.

                                                          */s/ Timothy D. DeGiusti*
                                            TIMOTHY D. DeGIUSTI
                                            Chief United States District Judge